IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JOSE RIOS-SANCHEZ,<br><br>                Defendant. | **4:01CR201**<br><br>**ORDER** |

      The defendant's guilty plea was accepted on November 8, 2001, (Filing No. 29), and he was released on conditions pending sentencing. Defendant did not appear at sentencing. A Petition and warrant were filed on January 23, 2002 based on Defendant's violation of conditions of his release by failing to appear for sentencing. (Filing No. 37).

      Defendant was arrested in Wyoming in October of 2016, and he was advised of the allegations in the Petition and his constitutional rights during a hearing held on October 27, 2016. Defendant stood silent. The undersigned magistrate judge finds Defendant is likely to flee and has failed to show he will not pose a danger to the safety of any other person or the community if released.  See 18 U.S.C. § 3143.

      Accordingly,

      IT IS ORDERED that the defendant shall be detained pending sentencing.

                                                        BY THE COURT:

                                                        *s/ Cheryl R. Zwart*
                                                        United States Magistrate Judge