IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:01CR201 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE RIOS-SANCHEZ, | ) | JUDGMENT |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that judgment is entered dismissing the pending § 2255 motion and any amendments or supplements thereto with prejudice. No certificate of appealability has been or will be issued.

DATED this 26th day of November, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge